■ Rico's Lounge, Inc., Now Known as Rin Tin Development Corp., Appellant, v D.W.D. Corporation, Also Known as D.W.D. Properties, Inc., et al., Defendants, and B. Joseph Checho et al., Respondents. [643 NYS2d 440] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Rosenbloom, J. (Appeal from Order of Supreme Court, Monroe County, Rosenbloom, J.—Mortgage Foreclosure.) Present—Denman, P. J., Pine, Fallon, Balio and Boehm, JJ.